UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEMETREUS ADAMS,<br><br>                              Petitioner,<br><br>-against-<br><br>SUPERINTENDENT OF ELMIRA CORRECTIONAL FACILITY, ET AL.,<br><br>                            Respondents. | 24cv6622 (LTS)<br><br>CIVIL JUDGMENT |

      For the reasons stated in the October 30, 2024, order, this action is dismissed. The Court dismisses this action, under Rule 41(b) of the Federal Rules of Civil Procedure, for failure to comply with the March 18, 2024 Standing Order. This dismissal is without prejudice to Petitioner's filing a new civil action. Because the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue. See 28 U.S.C. § 2253. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). SO ORDERED.

Dated:   November 8, 2024
              New York, New York

                                                  /s/ Laura Taylor Swain
                                                     LAURA TAYLOR SWAIN
                                                    Chief United States District Judge