UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIMETREUS ADAMS,

                Petitioner,

    -against-

SUPERINTENDENT OF ELMIRA
CORRECTIONAL FACILITY,

                Respondent.

24 CIVIL 6622 (LTS)

# CIVIL JUDGMENT

For the reasons stated in the April 25, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    April 29, 2025
           New York, New York

                      /s/ Laura Taylor Swain
                      LAURA TAYLOR SWAIN
              Chief United States District Judge